**Derritt SWEARINGTON,**
**Plaintiff–Appellant,**

v.

**G 6 HOSPITALITY, LLC,**
**Defendant–Appellee.**

No. 15–1105.

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2015.

Decided: May 26, 2015.

Derritt Swearington, Appellant Pro Se. Karen H. Chapman, Thomas Lynn Ogburn, III, Poyner Spruill, LLP, Charlotte, North Carolina, for Appellee.

Before MOTZ, KING, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derritt Swearington seeks to appeal the district court's order dismissing for lack of

subject matter jurisdiction his civil claims against G 6 Hospitality, LLC. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell,* 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's dismissal order was entered on the docket on October 27, 2014. The notice of appeal was filed on January 28, 2015. Because Swearington failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis, deny Swearington's motion to strike Appellee's informal response brief, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*